# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DONNA J MILLER  
3178 DUNLOE RD  
COLUMBUS, OH  43232

Case No:    05-61297

Judge:    CHARLES M. CALDWELL

SSN(S):    XXX-XX-9224

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  June 21, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| TRACY TURNER ESQ<br>41 S HIGH ST STE 2200<br>COLUMBUS, OH  43215 | 2,232.08 |